IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLY R. CARTER, | ) | No. C 09-5276 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANTS' REQUEST FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS |
| v. | ) ) | |
| ED FOULK, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, a civilly committed patient at Napa State Hospital, filed the instant *pro se* prisoner amended complaint under 42 U.S.C. § 1983. Before the Court is Defendants' request for an enlargement of time to file their dispositive motions.

Because it appears no party would be prejudiced by an extension, Defendants' request for an enlargement of time is GRANTED. Defendants shall file their dispositive motion **on or before October 14, 2011**. Plaintiff shall file his opposition within **thirty (30) days** thereafter. Defendants shall file their reply **fifteen (15) days** from the date Plaintiff's opposition is filed.

This order terminates docket no. 18.

IT IS SO ORDERED.

DATED:   6/30/11

LUCY H. KOH
United States District Judge

Order Granting Defendants' Request for an Enlargement of Time to File Dispositive Motions
P:\PRO-SE\SJ.LHK\CR.09\Carter276eot-dm.wpd